

# HELEN F. DALTON & ASSOCIATES
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601,
Tel. (718) 263-9591 Fax. (71

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2021

June 28, 2021

**VIA ECF**
The Honorable Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.

Dated: June 29, 2021

Re: **Ramirez, et al. v. 1494 First Avenue Restaurant Corp., et al.**
   **20-CV-10949 (SDA)**

Dear Judge Aaron:

    Our office represents the Plaintiffs in the above-referenced matter and we submit this letter motion to respectfully request a two-week extension to file the parties' joint settlement motion and settlement agreement for the Court's review pursuant to the June 15, 2021 Order.

    The aforementioned documents are due to the Court by tomorrow, June 29, 2021. However, if this request is granted, the parties can submit the settlement documents on or before July 13, 2021.

    This is the first request for an extension of time to file the settlement documents and Defendants have consented to this request. The parties have finalized the settlement agreement but our office is still in the process of obtaining all clients' signatures and preparing the motion for Court approval of the agreement. This request will not affect any other scheduled dates or deadlines.

    We thank the Court for its consideration and remain available to provide any additional information.

                                                Respectfully submitted,

                                               *James O'Donnell*
                                               James O'Donnell, Esq.